IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL ACTION 07-00118-KD-M |
| ) | |
| DIANA LASHAY BYRD, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This matter is before the Court on Defendant Diana Lashay Byrd's *pro se* "Motion for Downward Departure" (Doc. 62). On August 29, 2008, this Court sentenced Byrd to 51 months in prison. Byrd requests that the Court reduce her term of imprisonment by 18 months due to her efforts at rehabilitation since being incarcerated.

The Eleventh Circuit has held:

> The authority of a district court to modify an imprisonment sentence is narrowly limited by statute. Specifically, [18 U.S.C.] § 3582(c) provides that a court may not modify an imprisonment sentence except in these three circumstances: (1) where the Bureau of Prisons has filed a motion and either extraordinary and compelling reasons warrant a reduction or the defendant is at least 70 years old and meets certain other requirements, see 18 U.S.C. § 3582(c)(1)(A); (2) where another statute or Federal Rule of Criminal Procedure 35 expressly permits a sentence modification, see id. § 3582(c)(1)(B); or (3) where a defendant has been sentenced to a term of imprisonment based on a sentencing range that was subsequently lowered by the Commission and certain other requirements are met, see id. § 3582(c)(2).

United States v. Phillips, 597 F.3d 1190, 1194-95 (11th Cir. 2010).

None of these circumstances are present in this case; therefore, the Court does not have jurisdiction to modify Byrd's sentence of imprisonment. Accordingly, it is **ORDERED** that

1

Defendant Byrd's "Motion for Downward Departure" (Doc. 62) is **DENIED**.

The Clerk of Court is hereby **ORDERED** to mail a copy of this order to Byrd at the following address:

> Federal Medical Center Carswell
> P.O. Box 27137
> Fort Worth, TX 76127

**DONE** and **ORDERED** this the **27th** day of **May, 2011**.

>   /s/ Kristi K. DuBose
>   **KRISTI K. DuBOSE**
>   **UNITED STATES DISTRICT JUDGE**